NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILL MEKARA, | ) | No. C 07-4546 JF (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| MICHAEL D. HINTZE, | ) | |
| Defendant. | ) | |

    Plaintiff, proceeding pro se, filed the instant complaint and petition for review concerning the conditions of his confinement at the Lower Buckeye Jail in Phoenix, Arizona, where he is currently incarcerated. Because the Defendant is located in Maricopa County, Arizona, and the acts complained of occurred in Maricopa County, which lies within the venue of the Direct Court of Arizona, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

    This case is therefore TRANSFERRED to the United States District Court for the District of Arizona. See 28 U.S.C. § 1406(a). The Clerk shall transfer the entire file to the District of Arizona.

    IT IS SO ORDERED.

DATED: 9/18/07

JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.07\Mekara546trans    1

1 | A copy of this ruling was mailed to the following:

2

3 | Bill Mekara
P305563
Lower Buckeye Jail
4 | T-22-A-3
3250 Lower Buckeye
5 | Phoenix, AZ  85009

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.07\Mekara546trans         2